IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN OWENS, | : | |
|    Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-4522 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
|    Respondent. | : | |

### ORDER

AND NOW, this 23rd day of October, 2018, upon consideration of *pro se* Petitioner Kevin Owens's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his Petition for Writ of Mandamus (ECF No. 2), and his Motion for Return of Property (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Petition for Writ of Mandamus is **DEEMED** filed.

3. The Petition for Writ of Mandamus is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum. This dismissal is **without prejudice** to Owens's right to seek mandamus or other relief in the state courts with respect to his vehicle. Owens may not file an amended petition for a writ of mandamus in this matter.

4. Owens's Motion for Return of Property is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

                                                      **BY THE COURT:**

                                                    **/s/ Mitchell S. Goldberg**
                                                    _____
                                                    **MITCHELL S. GOLDBERG, J.**